# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **DONALD MIDDLEBROOKS,** ) | |
| ) | |
|     **Plaintiff,** ) | **CAPITAL CASE** |
| ) | |
| v. ) | No. 3:19-cv-01139 |
| ) | |
| **TONY PARKER, in his official capacity** ) | **JUDGE CAMPBELL** |
| as Tennessee's Commissioner of ) | |
| Correction, ) | |
| ) | |
| **TONY MAYS, in his official capacity as** ) | |
| **Warden of Riverbend Maximum Security** ) | |
| **Institution,** ) | |
| ) | |
|     **Defendants.** ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants—Tony Parker, Commissioner of the Tennessee Department of Correction, and Tony Mays, Warden of Riverbend Maximum Security Institution—move under Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(6), and Local Rule 7.01 to dismiss Plaintiff's Complaint. As explained in the supporting memorandum, this Complaint should be dismissed for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

                                                          Respectfully submitted,

                                                          HERBERT H. SLATERY III
                                                          Attorney General and Reporter

                                                          s/ *Scott C. Sutherland*
                                                          SCOTT C. SUTHERLAND
                                                          Deputy Attorney General
                                                          B.P.R. No. 29013
                                                          Scott.Sutherland@ag.tn.gov

s/ *Rob Mitchell*
ROB MITCHELL
Assistant Attorney General
B.P.R. No. 32266
Robert.Mitchell@ag.tn.gov

s/ *Charlotte M. Davis*
CHARLOTTE M. DAVIS
Assistant Attorney General
B.P.R. No. 34204
Charlotte.Davis@ag.tn.gov

s/ *Miranda Jones*
MIRANDA JONES
Assistant Attorney General
B.P.R. No. 36070
Miranda.Jones@ag.tn.gov

Office of the Attorney General
and Reporter
Law Enforcement and
Special Prosecutions Div.
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-7688
Fax (615) 532-3926

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of January 2020, a copy of the foregoing Motion to Dismiss was filed and served by operation of the Court's ECF/PACER system on the following counsel for Plaintiff: Kelly Henry, Supervisory Asst. Federal Community Defender, 810 Broadway, Suite 200, Nashville, TN 37203.

s/ *Scott C. Sutherland*
SCOTT C. SUTHERLAND
Deputy Attorney General
