# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DONALD MIDDLEBROOKS, | ) |
| | ) **CAPITAL CASE** |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:19-cv-01139 |
| | ) |
| TONY PARKER, et al., | ) JUDGE CAMPBELL |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss (Doc. No. 7) and Supplemental Motion to Dismiss (Doc. No. 9). After the Motions were filed, Plaintiff filed an Amended Complaint (Doc. No. 13). Accordingly, Defendants' Motion to Dismiss (Doc. No. 7) and Supplemental Motion to Dismiss (Doc. No. 9) are **DENIED** as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE