IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DONALD MIDDLEBROOKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 3:19-cv-01139 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| **LISA HELTON, et al.,** | ) |
| | ) |
| Defendants. | ) |

# ORDER

Pending before the Court is Plaintiff's Motion to Consolidate with Terry King Case No. 3:18-cv-01234 and an accompanying memorandum of law. (Doc. Nos. 45, 46). Defendants filed a response in opposition (Doc. No. 47) and Plaintiff filed a reply (Doc. No. 48). Through the motion Plaintiff seeks to consolidate this case with *Terry King v. Tony Parker, et al.*, Case No. 3:18-cv-01234. Plaintiff states that counsel for Mr. King agrees that consolidation is appropriate so long as the consolidated trial takes place by October 4, 2022.

The Court will hold a telephone conference regarding the motion to consolidate with counsel in both cases on April 19, 2022, at 1:30 p.m. The parties shall call 1-866-390-1828, and enter access code 7884640# to be connected to the conference.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE