# Kelley Henry

| | |
|---|---|
| **From:** | Kelley Henry |
| **Sent:** | Thursday, April 21, 2022 6:22 PM |
| **To:** | Debbie Inglis; Robert Mitchell; Scott C. Sutherland; Cody N. Brandon; Miranda H. Jones |
| **Cc:** | Amy Harwell; Katherine Dix; Satyra Deaver; Nona Muir; Megan Wartner |
| **Subject:** | RE: Oscar Smith Case |

Ms. Inglis,

     Given this evening's events, we request you preserve all records and documents, including e-mails, voicemails, and any other electronically or digitally preserved records, that are in any way related to tonight's aborted execution, and/or involve communications about tonight's execution and the decision to stop said execution. Additionally we request that you preserve all drugs and drug paraphernalia (syringes, vials, etc.) that were to be used in tonight's execution. Please construe this request broadly, so that all evidence and potentially derivative evidence is preserved.

Kelley Henry
Kelley_Henry@fd.org
Direct: 615-695-6906
Cell: 615-337-0469

---

**From:** Kelley Henry <Kelley_Henry@fd.org>
**Sent:** Thursday, April 21, 2022 5:51 PM
**To:** Debbie Inglis <Debbie.Inglis@tn.gov>; Robert Mitchell <Robert.Mitchell@ag.tn.gov>; Scott C. Sutherland <Scott.Sutherland@ag.tn.gov>; Cody N. Brandon <Cody.Brandon@ag.tn.gov>; Miranda H. Jones <Miranda.Jones@ag.tn.gov>
**Cc:** Amy Harwell <Amy_Harwell@fd.org>; Katherine Dix <Katherine_Dix@fd.org>; Satyra Deaver <Satyra_Deaver@fd.org>; Nona Muir <Nona_Muir@fd.org>; Megan Wartner <Megan_Wartner@fd.org>
**Subject:** Re: Oscar Smith Case

Ms. Inglis,

Please confirm whether you intend to timely respond to my request.

Thank you,

Kelley


Get Outlook for iOS

---

**From:** Kelley Henry <Kelley_Henry@fd.org>
**Sent:** Wednesday, April 20, 2022 7:19:55 PM
**To:** Debbie Inglis <Debbie.Inglis@tn.gov>; Robert Mitchell <Robert.Mitchell@ag.tn.gov>; Scott C. Sutherland <Scott.Sutherland@ag.tn.gov>; Cody N. Brandon <Cody.Brandon@ag.tn.gov>; Miranda H. Jones <Miranda.Jones@ag.tn.gov>
**Cc:** Amy Harwell <Amy_Harwell@fd.org>; Katherine Dix <Katherine_Dix@fd.org>; Satyra Deaver

<Satyra_Deaver@fd.org>; Nona Muir <Nona_Muir@fd.org>; Megan Wartner <Megan_Wartner@fd.org>
**Subject:** Oscar Smith Case

Ms. Inglis,

This email is to request you provide, prior to 7:00 PM on 4/21/2022, proof that the compounded LICs for use in the execution of Oscar Smith have been tested for strength, sterility, stability, potency, and presence of endotoxins. Please provide proof that upon such testing, the compounded LIC's meet all USP standards. Please also provide proof that the compounded LICs are not expired. Further, please provide proof that any manufactured LICs are not expired. Feel free to redact any information that would lead to the identity of the supplier of the LICs.

Thank you.

Kelley J. Henry
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Direct:615-695-6906
Cell: 615-337-0469
Office: 615-736-5047
Fax: 615-736-5265
Email: Kelley_Henry@fd.org

*"…AND TO HAVE THE ASSISTANCE OF COUNSEL FOR HIS DEFENSE."*