IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DONALD MIDDLEBROOKS | ) | |
| | ) | **CAPITAL CASE** |
| Plaintiff, | ) | |
| | ) | No. 3:19-cv-01139 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| LISA HELTON, in her official capacity | ) | |
| As Interim Tennessee Commissioner of | ) | |
| Correction, | ) | |
| | ) | |
| TONY MAYS, in his official capacity | ) | |
| As Warden of Riverbend Maximum | ) | |
| Security Institution, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY
### MOTION FOR PROTECTIVE ORDER TO PRESERVE EVIDENCE

Defendants have no objection to Plaintiff's motion to preserve the evidence listed in numerical paragraph 5 (a)-(e).

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ *Rob Mitchell*
ROB MITCHELL (32266)
Senior Assistant Attorney General

SCOTT C. SUTHERLAND
Deputy Attorney General (29013)

MIRANDA JONES (36070)
Assistant Attorney General

CODY BRANDON (37504)
Office of the Attorney General

and Reporter  
Law Enforcement and  
Special Prosecutions Div.  
P.O. Box 20207  
Nashville, Tennessee 37202-0207  
Off. (615) 532-6023  
Fax (615) 532-4892  
Robert.Mitchell@ag.tn.gov  
Scott.Sutherland@ag.tn.gov  
Miranda.Jones@ag.tn.gov  

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of April, 2022, a copy of the foregoing was filed and served by operation of the Court's ECF/PACER system on the following counsel for Plaintiff: Kelly Henry, Supervisory Asst. Federal Community Defender, 810 Broadway, Suite 200, Nashville, TN 37203.

s/ *Rob Mitchell*  
ROB MITCHELL

Additionally, counsel has served a copy of this motion on counsel for Terry King, via email:

Alex Kursman  
Lynne Leonard  
Anastassia Baldridge  
Hayden Nelson-Major  
Assistant Federal Defenders  
Federal Community Defender for the E.D. Penn.  
Suite 545 West, The Curtis  
601 Walnut St.  
Philadelphia, PA 19106  
(215) 928-0520  
alex_kursman@fd.org  
lynne_leonard@fd.org  
ana_baldridge@fd.org  
hayden_nelson-major@fd.org  

David Esquivel  
Sarah Miller  
Jeremy Gunn

Michael Tackeff
Bass, Berry & Sims
150 Third Ave. South
Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
150 Third Ave. South
Suite 1100
Nashville, TN 37201
(615) 742-4539
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

                                          s/ *Rob Mitchell*
                                          ROB MITCHELL