IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD MIDDLEBROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 3:19-cv-01139 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| LISA HELTON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Emergency Motion for Protective Order to Preserve Evidence. (Doc. No. 55). Defendants filed a Response to the Motion indicating that they have no objection to preserving the evidence listed in numerical paragraph 5(a) – (e). (Doc. No. 56).

Based on these filings, it appears to the Court that the parties are in agreement that the evidence listed below should be preserved. Accordingly, Plaintiff's Motion is **GRANTED** and Defendants and their agents are hereby **ORDERED** to preserve the following evidence pending further order of the Court:

a. All lethal injection chemicals that were intended for use in the Oscar Smith Execution;

b. All packaging of the lethal injection chemicals that were intended for use in the Oscar Smith Execution;

c. All package inserts of the lethal injection chemicals that were intended for use in the Oscar Smith Execution;

d. All email, text messages, or any document whatsoever relating to the oversight in preparation for the lethal injection of Oscar Smith; and

e. Any photographs, video, or audio recordings relating to the oversight in preparation for the lethal injection of Oscar Smith.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE