IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DONALD MIDDLEBROOKS, | ) | |
| | ) | **CAPITAL CASE** |
| Plaintiff, | ) | No. 3:19-cv-01139 |
| | ) | |
| v. | ) | Consolidated with |
| | ) | No. 3:18-cv-01234 |
| LISA HELTON, et al. | ) | |
| | ) | JUDGE CAMPBELL |
| Defendants. | ) | |

---

**RESPONSE TO DEFENDANTS' NOTICE AND MOTION TO EXTEND STAY**

---

On January 12, 2022, Defendants filed a "Notice of Completion of the Independent Investigation of the Lethal Injection Process and Unopposed Motion to Extend Stay of the Proceedings."[1] Plaintiff Donald Middlebrooks does not oppose continuing the stay in this matter, with one significant exception. Plaintiff is concerned that evidence in possession of the Defendants could be inadvertently lost, destroyed, or otherwise spoliated, during the indefinite term of a stay. While, counsel for Defendants have assured plaintiff that they understand their ethical and legal obligations, Plaintiff is still concerned that their clients, absent a Preservation Order

[1] In PACER this was filed only under *King v. Helton*, 3:18-cv-01234, which has been consolidated with *Middlebrooks v. Helton*, 3:19-cv-01139. Mr. Middlebrooks is not listed as a party in *King v. Helton* and does not receive PACER service under that case number.

from this Court, may let their counsel down. THUS, contemporaneous with this Response, plaintiff files a "Motion to Temporarily Reopen Case and to Issue Order for Preservation of Evidence," along with a supporting Memorandum of Law.

Outside of the limited issue of seeking a Preservation Order, Plaintiff agrees with Defendants that litigation at this time would not be fruitful, and that all parties and this Court would benefit from allowing the Tennessee Department of Corrections to address the concerns raised in the recently submitted "Tennessee Lethal Injection Protocol Investigation" report, and to amend their execution protocol and other relevant procedures. Certainly, litigating the propriety of a three-drug, midazolam-based execution protocol would be unproductive, if the Department ultimately chooses to adopt an entirely different execution method.

Respectfully Submitted,

FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE DISTRICT OF TENNESSEE

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender

AMY D. HARWELL
Asst. Chief, Capital Habeas Unit

RICHARD LEWIS TENNENT
KATHERINE DIX
MARSHALL JENSEN
Asst. Federal Public Defenders
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265

/s/ *Kelley J. Henry*
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on January 12, 2023, I filed this Response by means of the Official Court Electronic Document Filing System, CM/ECF, for the Middle District of Tennessee, which will email a copy to opposing counsel:

Scott Sutherland, Deputy Attorney General
Dean Atyia, Asst. Attorney General
Miranda Jones, Asst. Attorney General
Mallory Schiller, Asst. Attorney General
Cody N. Brandon, Asst. Attorney General
John R. Glover, Asst. Attorney General
Office of the Attorney General and Reporter
Law Enforcement and Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207.

Additionally, counsel has served a copy of this motion on counsel for Terry King, via email:

Alex Kursman
Lynne Leonard
Anastassia Baldridge
Hayden Nelson-Major
Assistant Federal Defenders
Federal Community Defender for the E.D. Penn.
Suite 545 West, The Curtis
601 Walnut St.
Philadelphia, PA 19106
(215) 928-0520
alex_kursman@fd.org
lynne_leonard@fd.org
ana_baldridge@fd.org
hayden_nelson-major@fd.org

David Esquivel
Sarah Miller
Jeremy Gunn
Michael Tackeff
Bass, Berry & Sims
150 Third Ave. South

Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
150 Third Ave. South
Suite 1100
Nashville, TN 37201
(615) 742-4539
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

*/s/ Kelley J .Henry*
Counsel for Plaintiff