IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DONALD MIDDLEBROOKS, | ) | |
| | ) | **CAPITAL CASE** |
| Plaintiff, | ) | No. 3:19-cv-01139 |
| | ) | |
| v. | ) | Consolidated with |
| | ) | No. 3:18-cv-01234 |
| LISA HELTON, et al. | ) | |
| | ) | JUDGE CAMPBELL |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Assistant Public Defender Amy Harwell hereby gives notice of her appearance as counsel for the Plaintiff Donald Middlebrook.

Undersigned counsel requests that she be notified of all pleadings, orders, and correspondence.

Respectfully Submitted,

/s/ Amy Harwell
AMY HARWELL
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047
Amy_Harwell@fd.org

# CERTIFICATE OF SERVICE

  I certify that on January 13, 2023, I filed this Appearance by means of the Official Court Electronic Document Filing System, CM/ECF, for the Middle District of Tennessee, which will email a copy to opposing counsel:

  Scott Sutherland, Deputy Attorney General
  Dean Atyia, Asst. Attorney General
  Miranda Jones, Asst. Attorney General
  Mallory Schiller, Asst. Attorney General
  Cody N. Brandon, Asst. Attorney General
  John R. Glover, Asst. Attorney General
  Office of the Attorney General and Reporter
  Law Enforcement and Special Prosecutions Division
  P.O. Box 20207
  Nashville, Tennessee 37202-0207.

  Additionally, counsel has served a copy of this motion on counsel for Terry King, via email:

  Alex Kursman
  Lynne Leonard
  Anastassia Baldridge
  Hayden Nelson-Major
  Assistant Federal Defenders
  Federal Community Defender for the E.D. Penn.
  Suite 545 West, The Curtis
  601 Walnut St.
  Philadelphia, PA 19106
  (215) 928-0520
  alex_kursman@fd.org
  lynne_leonard@fd.org
  ana_baldridge@fd.org
  hayden_nelson-major@fd.org

  David Esquivel
  Sarah Miller
  Jeremy Gunn
  Michael Tackeff
  Bass, Berry & Sims

150 Third Ave. South
Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
150 Third Ave. South
Suite 1100
Nashville, TN 37201
(615) 742-4539
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

*/s/ Amy Harwell*