IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| TERRY LYNN KING, | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:18-cv-01234 |
| | ) | |
| LISA HELTON, et al., | ) | JUDGE CAMPBELL |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DONALD MIDDLEBROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:19-cv-01139 |
| | ) | |
| LISA HELTON, et al., | ) | JUDGE CAMPBELL |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF COMPLETION OF THE INDEPENDENT INVESTIGATION OF THE LETHAL INJECTION PROCESS AND UNOPPOSED[1] MOTION TO EXTEND STAY OF THE PROCEEDINGS**

Pursuant to this Court's order of May 10, 2022 (D.E. 61),[2] Defendants notify the Court that the independent investigation was completed as of December 13, 2022, and, for the reasons

---

[1] Defendants have conferred with all parties prior to this filing. The relief requested is unopposed; however, Plaintiff Donald Middlebrooks filed a related but separate motion to which Defendants will respond by January 20, 2023, pursuant to this Court's Order. (D.E. 64, 65; D.E. 70.)

[2] Defendants filed the present notice and motion in *King v. Helton*, No. 3:18-cv-01234, D.E. 224, 225, but did not file it in the instant action. Based on this Court's order and clarification (D.E. 70), Defendants file the notice and motion in this action as well.

explained in more detail in their simultaneously filed memorandum of law in support of their motion, Defendants move the Court to extend the stay of proceeding currently in place. Plaintiffs do not oppose this motion.

On May 10, 2022, this Court entered an order staying the proceedings in this case pending the outcome of the independent investigation into the lethal injection process in Tennessee. (D.E. 61). This Court further ordered that, within 30 days of completion of the investigation, Defendants shall file a notice with the Court, move to reopen the cases, and set a revised scheduling order. (*Id.*)

Defendants hereby notify the Court that the independent investigation has been completed with the issuance of a report on December 13, 2022. Following the issuance of the report, on December 28, Governor Bill Lee directed that certain proactive steps be taken. Specifically, Governor Lee explained that staffing changes of the leadership at TDOC will be made, including the hiring of a new commissioner. The new leadership will revise the lethal injection protocol and provide training on that protocol.

In light of the findings of the report and the directives of Governor Lee, Defendants and Plaintiffs have consulted and agree that reopening of the case and setting of a scheduling order would be premature at this time. The changes necessitated by the report and the Governor's directives will likely affect the scope of Plaintiffs' complaints and undoubtedly will affect the course the proceedings before this Court; since, most notably, the necessary development of the factual record is not feasible until these changes are complete.

Accordingly, based on the findings of the report and the directives of Governor Lee, Defendants move this Court to extend the stay of the proceedings until the completion of corrective actions called for by the report and the Governor's directives based on the report. Should the Court

find it beneficial, Defendants can provide updates to the Court every 90 days, or as the Court directs, for the purpose of informing the Court and Plaintiffs of the progress of the corrective steps being taken.

      Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ *Dean S. Atyia*
DEAN S. ATYIA (039683)
Team Leader/Assistant Attorney General
SCOTT C. SUTHERLAND (29013)
Deputy Attorney General
MIRANDA JONES (36070)
MALLORY SCHILLER (36191)
CODY N. BRANDON (037504)
JOHN R. GLOVER (037772)
Assistant Attorneys General
Law Enforcement and
Special Prosecutions Div.
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-6023
Fax (615) 532-4892
Dean.Atyia@ag.tn.gov
Scott.Sutherland@ag.tn.gov
Miranda.Jones@ag.tn.gov
Mallory.Schiller@ag.tn.gov
Cody.Brandon@ag.tn.gov
John.Glover@ag.tn.gov
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that on January 17, 2023, a copy of the foregoing was filed and served via the Court's CM/ECF system on the following:

Kelly Henry
Supervisory Asst. Federal Community Defender,
810 Broadway, Suite 200,
Nashville, TN 37203
615-695-6906
Kelley_Henry@fd.org

Alex Kursman
Lynne Leonard
Anastassia Baldridge
Hayden Nelson-Major
Assistant Federal Defenders
Federal Community Defender for the E.D. Penn.
Suite 545 West, The Curtis
601 Walnut St.
Philadelphia, PA 19106
(215) 928-0520
alex_kursman@fd.org
lynne_leonard@fd.org
ana_baldridge@fd.org
hayden_nelson-major@fd.org

David Esquivel
Sarah Miller
Jeremy Gunn
Michael Tackeff

Bass, Berry & Sims 150 Third Ave. South
Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
150 Third Ave. South
Suite 1100
Nashville, TN 37201
(615) 742-4539
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

                s/ *Dean S. Atyia*
                DEAN S. ATYIA