IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD MIDDLEBROOKS, | )  **CAPITAL CASE** |
| Plaintiff, | )  No. 3:19-cv-01139 |
| v. | )  Consolidated with |
| | )  No. 3:18-cv-01234 |
| LISA HELTON, et al. | ) |
| | )  JUDGE CAMPBELL |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Assistant Public Defender Katheryn Thomas hereby gives notice of her appearance as counsel for the Plaintiff Donald Middlebrook.

Undersigned counsel requests that she be notified of all pleadings, orders, and correspondence.

Respectfully Submitted,

/s/ Katheryn Thomas
KATHERYN THOMAS
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047
Kit_Thomas@fd.org

# **CERTIFICATE OF SERVICE**

I certify that on January 23, 2023, I filed this Appearance by means of the Official Court Electronic Document Filing System, CM/ECF, for the Middle District of Tennessee, which will email a copy to opposing counsel:

Scott Sutherland, Deputy Attorney General
Dean Atyia, Asst. Attorney General
Miranda Jones, Asst. Attorney General
Mallory Schiller, Asst. Attorney General
Cody N. Brandon, Asst. Attorney General
John R. Glover, Asst. Attorney General
Office of the Attorney General and Reporter
Law Enforcement and Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207.

Additionally, counsel has served a copy of this motion on counsel for Terry King, via email:

Alex Kursman
Lynne Leonard
Anastassia Baldridge
Hayden Nelson-Major
Assistant Federal Defenders
Federal Community Defender for the E.D. Penn.
Suite 545 West, The Curtis
601 Walnut St.
Philadelphia, PA 19106
(215) 928-0520
alex_kursman@fd.org
lynne_leonard@fd.org
ana_baldridge@fd.org
hayden_nelson-major@fd.org

David Esquivel
Sarah Miller
Jeremy Gunn
Michael Tackeff
Bass, Berry & Sims

150 Third Ave. South
Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
150 Third Ave. South
Suite 1100
Nashville, TN 37201
(615) 742-4539
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

*/s/ Katheryn Thomas*