# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TERRY KING, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:18-cv-01234 |
| LISA HELTON, et al., | ) JUDGE CAMPBELL |
| Defendants. | ) |

| | |
|---|---|
| DONALD MIDDLEBROOKS, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:19-cv-01139 |
| LISA HELTON, et al., | ) JUDGE CAMPBELL |
| Defendants. | ) |

## ORDER

On January 12, 2023, Defendants filed a Notice of Completion of the Independent Investigation of the Lethal Injection Process and Unopposed Motion to Extend Stay of the Proceedings. (Doc. No. 224, *King v. Helton*, Case No. 3:18-cv-01234; Doc. No. 72, *Middlebrooks v. Helton*, Case No. 3:19-cv-01139).

The Motion is **GRANTED**. Accordingly, the **STAY** in this case is extended until the completion of the corrective actions contemplated in the report and the Governor's directives. Defendants shall file a status update on May 1, 2023, and every 90 days thereafter. Both cases are **ADMINISTRATIVELY CLOSED** pending further order of the Court.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE