# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| **TERRY LYNN KING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | **Case No. 3:18-cv-01234** |
| | ) | |
| **FRANK STRADA, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **DONALD MIDDLEBROOKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | **Case No. 3:19-cv-01139** |
| | ) | |
| **FRANK STRADA, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' NOTICE OF STATUS UPDATE

Pursuant to this Court's orders (*King,* D.E. 227; *Middlebrooks,* D.E. 78), Defendants hereby provide notice to the Court regarding the status of corrective actions to comply with the recommendations in the Report and Findings of the Tennessee Lethal Injection Protocol Investigation ("Report") and Governor Lee's directives. (*King,* D.E. 229-1, 229-2; *Middlebrooks,* D.E. 81-1, 81-2)

The Tennessee Department of Correction (TDOC) has made substantial progress in revising Tennessee's lethal injection protocol. The revision of the protocol is a priority, is active, and is ongoing. However, the Commissioner of TDOC is currently not prepared to provide a date when a new lethal injection protocol will be finalized.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Scott C. Sutherland
SCOTT C. SUTHERLAND (29013)
Deputy Attorney General


DEAN ATYIA (039683)
MIRANDA JONES (36070)
CODY N. BRANDON (037504)
JOHN R. GLOVER (037772)
DAVID WICKENHEISER (040427)
Assistant Attorneys General
Law Enforcement and
Special Prosecutions Div.
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-7688
Fax (615) 532-4892
Scott.Sutherland@ag.tn.gov
Dean.Atyia@ag.tn.gov
Miranda.Jones@ag.tn.gov
Cody.Brandon@ag.tn.gov
John.Glover@ag.tn.gov
David.Wickenheiser@ag.tn.gov
*Counsel for Defendants*

2

# CERTIFICATE OF SERVICE

I certify that on July 31, 2023, a copy of the foregoing was filed and served via the

Court's CM/ECF system on the following counsel for *Middlebrooks*:

Amy Harwell
Houston Goddard
Katherine Dix
Katheryn Thomas
Kelley Henry
Marshall Jensen
Richard Tennent
Federal Public Defender's Office (MDTN)
810 Broadway, Suite 200,

Nashville, TN 37203
615-695-6906
Amy_Harwell@fd.org
houston_goddard@fd.org
Katherine_Dix@fd.org
kit_thomas@fd.org
Kelley_Henry@fd.org
Marshall_Jensen@fd.org
Richard_Tennent@fd.org

And on the following counsel for *King*:

Alex Kursman
Lynne Leonard
Anastassia Baldridge
Hayden Nelson-Major
Assistant Federal Defenders
Federal Community Defender for the E.D.
Penn.
Suite 545 West, The Curtis
601 Walnut St.
Philadelphia, PA 19106
(215) 928-0520
alex_kursman@fd.org
lynne_leonard@fd.org
ana_baldridge@fd.org
hayden_nelson-major@fd.org

David Esquivel
Sarah Miller
Jeremy Gunn
Michael Tackeff

Bass, Berry & Sims 150 Third Ave. South
Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
150 Third Ave. South
Suite 1100
Nashville, TN 37201
(615) 742-4539
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

s/ Scott C. Sutherland
SCOTT C. SUTHERLAND

3