IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **TERRY LYNN KING,** | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:18-cv-01234 |
| | ) | |
| **FRANK STRADA, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **DONALD MIDDLEBROOKS,** | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:19-cv-01139 |
| | ) | |
| **FRANK STRADA, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF STATUS UPDATE

Pursuant to this Court's orders (*King,* D.E. 227; *Middlebrooks,* D.E. 78), Defendants hereby provide notice to the Court regarding the status of corrective actions to comply with the recommendations in the Report and Findings of the Tennessee Lethal Injection Protocol Investigation ("Report") and Governor Lee's directives. (*King*, D.E. 229-1, 229-2; *Middlebrooks*, D.E. 81-1, 81-2.)

The Tennessee Department of Correction (TDOC) is currently working with counsel on draft revisions to Tennessee's execution procedures for lethal injection. The process of revising the protocol is a priority, is active, and ongoing. The Commissioner of TDOC is currently not prepared to provide a date when a new lethal injection protocol will be finalized.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Cody N. Brandon*
CODY N. BRANDON (037504)
Managing Attorney
Assistant Attorney General

SCOTT C. SUTHERLAND (29013)
Deputy Attorney General

MIRANDA JONES (36070)
Senior Assistant Attorney General

JOHN R. GLOVER (037772)
Assistant Attorney General


Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-7400
Fax (615) 532-4892
Scott.Sutherland@ag.tn.gov
Cody.Brandon@ag.tn.gov
Miranda.Jones@ag.tn.gov
John.Glover@ag.tn.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the 29th day of April, 2024, a copy of the foregoing was filed and served via the Court's CM/ECF system on the following counsel for *Middlebrooks*:

| | |
|---|---|
| Amy Harwell | Nashville, TN 37203 |
| Houston Goddard | 615-695-6906 |
| Katherine Dix | Amy_Harwell@fd.org |
| Katheryn Thomas | houston_goddard@fd.org |
| Kelley Henry | Katherine_Dix@fd.org |
| Marshall Jensen | kit_thomas@fd.org |
| Richard Tennent | Kelley_Henry@fd.org |
| Federal Public Defender's Office (MDTN) | Marshall_Jensen@fd.org |
| 810 Broadway, Suite 200, | Richard_Tennent@fd.org |

And on the following counsel for *King*:

| | |
|---|---|
| Alex Kursman | Bass, Berry & Sims 150 Third Ave. South |
| Lynne Leonard | Nashville, TN 37201 |
| Anastassia Baldridge | (615) 742-6200 |
| Hayden Nelson-Major | desquivel@bassberry.com |
| Assistant Federal Defenders | smiller@bassberry.com |
| Federal Community Defender for the E.D. Penn. | jeremy.gunn@bassberry.com |
| Suite 545 West, The Curtis | michael.tackeff@bassberry.com |
| 601 Walnut St. | |
| Philadelphia, PA 19106 | Alice Haston |
| (215) 928-0520 | Amy Rao Mohan |
| alex_kursman@fd.org | Christopher C. Sabis |
| lynne_leonard@fd.org | Sherrard Roe Voight & Harbison, PLC |
| ana_baldridge@fd.org | 150 Third Ave. South |
| hayden_nelson-major@fd.org | Suite 1100 |
| | Nashville, TN 37201 |
| David Esquivel | (615) 742-4539 |
| Sarah Miller | ahaston@srvhlaw.com |
| Jeremy Gunn | amohan@srvhlaw.com |
| Michael Tackeff | csabis@srvhlaw.com |

                                            /s/ *Cody N. Brandon*
                                            CODY N. BRANDON (037504)
                                            Managing Attorney