IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DONALD MIDDLEBROOKS, | ) | |
| Petitioner, | ) | No. 3:19-cv-01139 |
| V. | ) | |
| FRANK STRADA, et al. | ) | |
| Respondent. | ) | |

## ORDER OF STAY OF EXECUTION

Donald Middlebrooks' Unopposed Motion to Administratively Reopen Case and for Stay of Execution (Doc. No. 108) is hereby **GRANTED**. By agreement of the parties, Defendants shall not carry out the execution of Mr. Middlebrooks until 30 days after a judgment is entered by this Court. (Doc. No. 59-3 at 2).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

1