IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **DONALD MIDDLEBROOKS,** | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| vs. | ) | Case No. 3:19-cv-01139 |
| | ) | |
| **FRANK STRADA, et al.,** | ) | Judge Crenshaw |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL

Mary Elizabeth McCullohs, Senior Assistant Attorney General, respectfully submits this Notice of Withdrawal. Good cause exists for this notice, as the undersigned is retiring from the Office of the Tennessee Attorney General on March 2, 2026. Deputy Attorney General Cody N. Brandon, and Assistant Attorneys General David L. Wickenheiser and Matthew W. Kubicek will continue to represent the Defendants. Neither Plaintiff nor Defendants will be prejudiced by this withdrawal.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Mary Elizabeth McCullohs*
MARY ELIZABETH MCCULLOHS BPR# 026467
Senior Assistant Attorney General
Law Enforcement & Special Prosecutions Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-8126
Mary.McCullohs@ag.tn.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's ECF/PACER system on this the 17th day of February 2026, upon:

Kelley Henry
Amy Harwell
Eli Swiney
Katherine Dix
Kit Thomas
Drew Brazer
FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF TENNESSEE
810 Broadway, Suite 200
Nashville, TN 37203
Kelley_Henry@fd.org
Amy_Harwell@fd.org
Eli_Swiney@fd.org
Katherine_Dix@fd.org
Kit_Thomas@fd.org
Drew_Brazer@fd.org
Counsel for Plaintiff

*s/Mary Elizabeth McCullohs*
Senior Assistant Attorney General
*Counsel for Defendants*