**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DONALD MIDDLEBROOKS,** | ) | |
| | ) | **Case No. 3:19-cv-001139** |
| **v.** | ) | |
| | ) | **District Judge Waverly D. Crenshaw, Jr.** |
| **FRANK STRADA, et al.** | ) | **Magistrate Judge Lynda M. Hill** |
| | ) | |

# O R D E R

Pending before the Court are Plaintiff Donald Middlebrook's Motion for Leave to Amend and Supplement Complaint, (Doc. No. 111), and Motion to Exceed Page Limit and Memorandum of Law (Doc. No. 113). The Court scheduled an in-person hearing on the pending motions for Friday, October 9, 2026, at 10:00 a.m.

On October 1, 2026, Governor Bill Lee issued a statement suspending executions scheduled for 2026 and calling for a thorough and comprehensive third-party review of the State's execution protocol. Because the results of the Governor's review may result in modifications to the current execution protocol, the Motion for Leave to Amend and Supplement Complaint, (Doc. No. 111), is **DENIED** without prejudice, and the Motion to Exceed Page Limit and Memorandum of Law (Doc. No. 113), is **DENIED** as moot.[1] Additionally, the hearing scheduled for October 9, 2026, is **CANCELLED.**

[1] Plaintiff filed his 38-page memorandum of law, (Doc. No. 112), before seeking leave to exceed the page limit, *see* (Doc No. 113). Although the motion for leave to exceed the page limit is now moot, the parties are reminded that Local Rule 7.01 governs and any motion to exceed the page limit must be filed and granted in advance. "No memorandum or combined Motion and Memorandum of Law shall exceed twenty-five (25) pages without leave of Court." LR 7.01. Failure to comply with Rule 7.01 may result in future non-compliant filings being stricken.

The parties are directed to meet and confer within sixty (60) days from entry of this Order and file a joint status report by **December 3, 2026**, regarding the status of the Governor's protocol review and whether this case should be stayed until the review is complete.

It is SO ORDERED.

LYNDA M. HILL
United States Magistrate Judge